# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROSELLE WEATHERSBY, ET AL.

VERSUS

PEDRO VELOZ, ET AL.

CIVIL ACTION

NO. 14-165-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated October 20, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' claims against Defendants, Pedro Veloz and Veloz Transport & Trucking Repair, Inc., are dismissed without prejudice pursuant to Rule 4(m).

Baton Rouge, Louisiana the 17 day of November, 2014.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 9.